IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-47-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS NEIL PICKETT | ) | |

This matter is before the court on the defendant's *pro se* Motion for Reconsideration [DE-219] pursuant to 18 U.S.C. § 3742(e). "The court may not modify a term of imprisonment once it has been imposed" except in three specific instances. *See* 18 U.S.C. § 3582(c). Those instances include (1) upon a motion of the Director of the Bureau of Prisons, (2) pursuant to a Rule 35 motion brought by the government, and (3) pursuant to a sentencing range lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o). The first two instances do not apply, and the defendant has already received the benefit of the third. *See* Order of August 14, 2015 [DE-216]. Therefore, the motion for reconsideration is DENIED.

SO ORDERED.

This, the 2 day of September, 2015.

_____
JAMES C. FOX
Senior United States District Judge